**In the Interest of M.W.**

**Petition of COMMONWEALTH of COMMONWEALTH.**

Supreme Court of Pennsylvania.

Oct. 16, 1997.

## ORDER

PER CURIAM.

AND NOW, this 16th day of October, 1997, we **Grant** the Petition for Allowance of Appeal for the following issues:

1. Is a challenge to an order imposing restitution a challenge to the discretionary aspects of sentencing?

2. Did the Court of Common Pleas of Adams County err when it ordered M.W. to pay restitution following his adjudication of delinquency for criminal trespass?